People of the State of Illinois ex rel. Robert DeSalvia, Appellee, v. Joseph P. Geary et al., Appellants.

**Gen. No. 42,030.**

opinion filed June 16, 1943. Barnet Hodes, Corporation Counsel, for appellants; James A. Velde, Carl H. Lundquist and L. Louis Karton, Assistant Corporation Counsel, of counsel; Michael F. Ryan, for appellee; Richard F. McPartlin, Jr., of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. "Not to be published in full."

Habel, Armbruster and Larsen Company, Appellee, v. Louis Alleva and William Alleva, Copartners, Trading as Alleva Bros., et al.
Appeal of Irving Bloom, Appellant.

**Gen. No. 42,105.**

opinion filed June 16, 1943; rehearing denied June 28, 1943. Luster & Luster, for appellants; Julian J. Luster, of counsel; Campbell, Clark & Miller, for appellee; J. Arthur Miller and Richard C. Blelach, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. "Not to be published in full."